LOUISE DE L. REESE, Respondent, *v.* ALGERNON B. REESE, Appellant.

(Submitted May 8, 1933; decided May 23, 1933.)

Motion for reargument denied, with ten dollars and necessary printing disbursements. (See 260 N. Y. 617.)